102

**STATE of Missouri, Respondent,**

v.

**Robert YONKERS, Appellant.**

No. WD 44485.

Missouri Court of Appeals,
Western District.

Dec. 10, 1991.

Joseph Zuzul, Nevada, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Clate J. Baker, Asst. Atty. Gen., Springfield, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from denial of application for unconditional release pursuant to § 552.040, RSMo 1986.

Judgment affirmed. Rule 84.16(b).

**James E. FOLTZ, Appellant,**

v.

**Duane BENTON, Director of Revenue, Respondent.**

No. 60171.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 10, 1991.

Albert C. Lowes, David J. Roth, II, Cape Girardeau, for appellant.

William L. Webster, Atty. Gen., Waylene Wilhoit Hiles, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Appellant (Driver) appeals an order sustaining the Director of Revenue's decision to revoke Appellant's driver's license for one year pursuant to § 577.041, RSMo (Cum.Supp.1990). Affirmed. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).